# PD-0899-15

## IN THE COURT OF CRIMINAL APPEALS
## OF THE STATE OF TEXAS
## NO. _____

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 1 6 2015

Abel Acosta, Clerk

**LUKE WAYNE HILTON**
Appellant,

V.

**THE STATE OF TEXAS**

On Appeal from the
228TH District Court of
Harris County, Texas;
Trial Cause Number 1408458

## PETITIONER'S MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

FILED IN
COURT OF CRIMINAL APPEALS

JUL 2 1 2015

Abel Acosta, Clerk

TO THE HONORABLE JUSTICES OF SAID COURT:

LUKE HILTON, Petitioner in the above cause number, would respectfully request the Court to grant his motion to extend the time to file his petition for discretionary review. In support of said motion, Appellant would show unto the Court the following:

### I.

This appeal lies from Appellant's convictions in *The State of Texas v. Luke Wayne Hilton,* No. 14-14-00777-CR; Cause Number 1408458 in the 228th District Criminal Court of Harris County, Texas. Mr. Hilton was charged with the third degree felony offense of burglary of a habitation enhanced with two prior felony convictions. Mr. Hilton entered a plea of not guilty on September 16, 2014, and proceeded to trial by

jury. On September 18, 2014, the jury found Mr. Hilton guilty as charged and sentenced Mr. Hilton to twenty-seven (27) years imprisonment in the Institutional Division of Texas Department of Criminal Justice

Appellant's Petition for Discretionary Review is due July 23, 2015. This is Appellant's first request for an extension to file the petition for discretionary review.

## II.

Appellant is requesting an extension of time in order to fully evaluate the issues to be raised in the PDR. An extension of time is necessary so that the petition for discretionary review can be timely filed. This motion is not made for the purpose of delay.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court will grant this requested extension of time to file the Appellant's Petition for Discretionary Review in the above cause for ninety days and extend the time for filing the petition until ~~July~~ August 24, 2015.

Respectfully submitted,

Mr. Luke Wayne Hilton
TDCJ No. 01956994
Barry B. Telford Unit
3899 HWY 98
New Boston, Texas 75570

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing instrument was this day served on counsel for the State by mailing same to the following parties on this the 9 day of _July_, 2015:

Mr. Allen Curry
Harris County District Attorney's Office
Appellate Division
1201 Franklin, Suite 600
Houston, Texas 77002

State Prosecuting Attorney
P.O. Box 12405
Austin, Texas 78711

Luke Hilton, PRO SE